STEPHANIE M. HINDS (CABN 154284)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK DEHART,<br><br>        Defendant. | CASE NO. 5:22-cr-00146 EJD<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1)–Felon in Possession of Ammunition<br>26 U.S.C. § 5861(d)— Possession of an Unregistered Short-Barreled Rifle<br>18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 26 U.S.C. § 5872(a) – Forfeiture Allegation<br><br>SAN JOSE VENUE |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:          (18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition)

On or about June 29, 2021, in the Northern District of California, the defendant,

MARK DEHART,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed two rounds of .22 caliber ammunition (one live and one expended), both manufactured by Federal Cartridge Company (Anoka, MN), and the ammunition was in and affecting

SUPERSEDING INFORMATION            1

interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO:          (26 U.S.C. § 5861(d)— Possession of an Unregistered Short-Barreled Rifle)

On or about June 29, 2021, in the Northern District of California, the defendant,

MARK DEHART,

knowingly possessed a short-barreled rifle, as defined in Title 26, United States Code, Section 5845(a)(3), and Title 18, United States Code, Section 921(a)(8), specifically one privately made short-barreled rifle, chambered for 5.56x45mm ammunition with folding stock adapter, telescoping stock, muzzle device and flashlight, with no serial number, and a barrel length of 8 5/8 inches, with no manufacturer marks of identification or serial number, at the time he possessed the short-barreled rifle, the defendant was aware that the short-barreled rifle was a rifle having a barrel of less than 16 inches in length, and the short-barreled rifle had not been registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

FORFEITURE ALLEGATIONS:     (18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 26 U.S.C. § 5872)

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 26, United States Code, Section 5872(a).

Upon conviction of the offenses alleged in Counts One and Two, the defendant,

MARK DEHART,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 26, United States Code, Section 5872(a), any firearm and ammunition involved in the commission of the offenses, including, but not limited to the following:

a. Two rounds of .22 caliber ammunition (one live and one expended), both manufactured by Federal Cartridge Company (Anoka, MN);

b. A privately made short-barreled rifle, chambered for 5.56x45mm ammunition with folding stock adapter, telescoping stock, muzzle device and flashlight, with no serial number, and a barrel length of 8 5/8 inches;

c. A Polymer80 .22 caliber pistol, privately made firearm with no serial number, loaded with (9) .22 caliber rounds;

d. An AR style 5.56 caliber rifle, privately made firearm with no serial number with a barrel length of approximately 16 inches;

e. Four (4) firearms silencers, all of which lacked serial or registration numbers, specifically described as:

    a. One metal cylindrical device, black in color, approximately 6.06 inches in length, and approximately 1.45 inches at its major diameter, wrapped in a black electrical-type tape material;

    b. One modified engine oil filter, approximately 8 inches in length, and approximately 3.81 inches at its major diameter;

    c. One modified camp fuel-type, 16-ounce propane tank, black in color, wrapped in a blue micro-fiber-type cloth, approximately 7.75 inches in length, and approximately 3.87 inches at its major diameter;

    d. One modified Bernzomatic-type, 14-ounce propane tanks, approximately 18.75 inches in length, and approximately 2.92 inches at its major diameter;

f. Two (2) machinegun conversion devices commonly referred to as a Glock Switch;

g. All firearms parts found on or about June 29, 2021 at the Wainwright or De La Cruz addresses as described in Santa Clara Police Department Report No. 21-629112, including but not limited to lower or upper receivers, buffer tubes, pistol conversion kits, flare guns, jigs, barrels, optics/sights, and ammunition magazines; and

h. All ammunition (regardless of caliber) found on or about June 29, 2021 at the Wainwright or De La Cruz addresses as described in Santa Clara Police Department Report No. 21-629112.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 26, United States Code, Section 5872(a), and Federal Rule of Criminal Procedure 32.2.

DATED: December 1, 2022

STEPHANIE M. HINDS  
United States Attorney

*/s/ Christoffer Lee*  
CHRISTOFFER LEE  
Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  
☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE DIVISION

## OFFENSE CHARGED

* 18 U.S.C. § 922(g)(1)--Felon in Possession of Ammunition
* 26 U.S.C. § 5861(d)— Possession of an Unregistered Short-Barreled Rifle

☐ Petty  
☐ Minor  
☐ Misdemeanor  
☒ Felony

PENALTY: See Attached

### DEFENDANT - U.S

▶ Mark Dehart

**DISTRICT COURT NUMBER**  
5:22-CR-00146-EJD

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)  
   NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges  
   If answer to (6) is "Yes", show name of institution  
   _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____  
Or... if Arresting Agency & Warrant were not  
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**  
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. 5:21-mj-71523

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds  
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Christoffer Lee

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:  
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:  
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____    Before Judge: _____

Comments:

## Penalty Sheet Attachment

**18 U.S.C. § 922(g)(1)—Felon in Possession of Ammunition**

Penalties
- Maximum term of imprisonment: 10 years
- Maximum fine:  $250,000
- Supervised Release:  3 years
- Special Assessment:  $100 special assessment
- Forfeiture of the firearm and ammunition

**26 U.S.C. § 5861(d)—Possession of an Unregistered Short-Barreled Rifle**

Penalties
- Maximum term of imprisonment: 10 years
- Maximum fine:  $250,000
- Supervised Release:  3 years
- Special Assessment:  $100 special assessment
- Forfeiture of the firearm and ammunition