# EXHIBIT B

Lynne DeHart-Duston
408-460-5245
Battle Ground, Washington

Honorable Judge Davila,

I am immensely grateful and relieved to see Mark become a productive person once more, now that he has committed himself to his sobriety, service to people who are struggling, his education and becoming an asset to society.

Mark had a rough start, born into a family of addiction and dysfunction. His mental health issues were never properly diagnosed or treated, but he was industrious and helpful to his family. After he received a traumatic brain injury, his addiction seemed to take over. It was a terrible loss to our family as we had little contact with him. Seeing him incarcerated was one of my biggest fears. When it came to pass, our family was devastated.

After Mark's release from custody, it has been amazing to watch his progress by starting a business, working on his college degree, and accumulate and maintain solid sobriety. Mark has built a safety net for himself with people he can count on, as he can be counted on in return. The passage below from an Alcoholics Anonymous publication really describes how Mark is approaching life and others:

"When, with God's help, we calmly accepted our lot, then we found we could live at peace with ourselves and show others who still suffered the same fears that they could get over them too."

The silver lining in these recent legal issues for Mark is that he has been properly diagnosed, and is being treated for his mental issues, committed himself to his sobriety which has, in return allowed him amazing growth. He has become productive for himself and others.

One of my most precious memories of my 33 plus years of sobriety, was passing on my 3 year sobriety medallion to Mark this past December. It was such a joy! To see Mark happy and useful again was the answer to my many prayers. I will be in attendance at his hearing on September 30, 2024 in hopes that he will be able to continue the significant progress he has made without interruption.

Respectfully,

Lynne DeHart-Duston