# EXHIBIT C

Daniel Duston

408-483-1569

Battle Ground, Wa

To the Honorable Judge Davila,

I want to thank the Court for taking time to read this letter.

I have known Mark for 28 years, and I can honestly say this is the healthiest I have seen him, not only physically, but spiritually and mentally healthy as well.

There was a time his mother and I tried very hard to help Mark with his recovery and life situation to no avail.  Thankfully, we have seen something change in Mark.  From the time of his last release into the community, until now, Mark has shown a profound change in how he sees his life and his role in society.  We, who are in recovery call this a "spiritual awakening", or a miracle, if you will. Mark has made great strides in becoming a productive citizen, as the Court can observe by his many accomplishments so far.

I worked in the field o Behavioral Health for over thirty years for Santa Clara County, as a Certified Alcohol and Drug Counselor and a Mental Health Rehabilitation Specialist.  I've seen men and women come and go.  Mark is one who has a desire to grow in his recovery and continue to be a vital part of the community.  There is also a saying we use in recovery "You can't keep it unless you give it away."  Mark has been instrumental in doing just that.  Not only in the 12 Step Program, but by working with individuals in his school setting who are going through experiences similar to his.

This is key in a fulfilling and lasting recovery.  Based on my years of working with the mentally ill and people with addiction problems, Mark's current situation in the community, and efforts in putting his life in order should be a good indication as to what his tomorrows will entail.

Bottom line, Mark has matured and taken responsibility for his past actions, and has a strong desire to rectify his past.

His mother and I, along with his siblings, are forever grateful  Mark has made an amazing turn around with efforts to continue to maintain his new life.

Respectfully,

Dan Duston