# EXHIBIT D

# Academic Transcript

M00313502 Mark L. DeHart  
Sep 19, 2024 07:13 pm

💬 This is not an official transcript. Courses which are in progress may also be included on this transcript.

Institution Credit    Transcript Totals    Courses in Progress

*Transcript Data*

**STUDENT INFORMATION**

**Name :**   Mark L. DeHart

**Curriculum Information**

**Current Program**  
Associate in Science

**Major and Department:**   Machine and Metals Technology, Career Education

***Transcript type:Web is NOT Official ***

**INSTITUTION CREDIT**    -Top-

**Term: Spring 2023 Credit/Noncredit**

| Academic Standing: | Good Academic Standing | | | |
|---|---|---|---|---|
| Additional Standing: | Honor List | | | |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| MACH | 101 | CR | Introduction to Machine Technology | B | 4.000 | 12.00 | |
| MACH | 104 | CR | CAD 3D Modeling and Drafting | C | 3.000 | 6.00 | |
| MACH | 106 | CR | Introduction to CNC Machining | A | 3.000 | 12.00 | |
| WELD | 107 | CR | OFW and Welding Fabrication | A- | 2.000 | 7.40 | |

**Term Totals (Credit)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 12.000 | 12.000 | 12.000 | 12.000 | 37.40 | 3.12 |
| **Cumulative:** | 12.000 | 12.000 | 12.000 | 12.000 | 37.40 | 3.12 |

Unofficial Transcript

**Term: Summer 2023 Credit/Noncredit**

| Academic Standing: | Good Academic Standing | | | |
|---|---|---|---|---|

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|
| ART | 130 | CR | Drawing and Composition I | B- | 4.000 | 10.80 |
| ECE | 112 | CR | Child/Family/Community | A | 3.000 | 12.00 |

**Term Totals (Credit)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 7.000 | 7.000 | 7.000 | 7.000 | 22.80 | 3.26 |
| **Cumulative:** | 19.000 | 19.000 | 19.000 | 19.000 | 60.20 | 3.17 |

Unofficial Transcript

### Term: Fall 2023 Credit/Noncredit

**Academic Standing:** Good Academic Standing
**Additional Standing:** Honor List

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ART | 116 | CR | Jewelry & Small Metals I | A+ | 4.000 | 16.00 | |
| MACH | 103 | CR | Machine Tool Processes | A | 2.000 | 8.00 | |
| MACH | 105 | CR | CAD-CAM Production | A | 3.000 | 12.00 | |
| PSY | 118 | CR | Drugs and Psychology | A | 3.000 | 12.00 | |

**Term Totals (Credit)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 12.000 | 12.000 | 12.000 | 12.000 | 48.00 | 4.00 |
| **Cumulative:** | 31.000 | 31.000 | 31.000 | 31.000 | 108.20 | 3.49 |

Unofficial Transcript

### Term: Spring 2024 Credit/Noncredit

**Academic Standing:** Good Academic Standing
**Additional Standing:** Honor List

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| BEHS | 252B | CR | Service Learning: Personal and Social Adjustment | B | 3.000 | 9.00 | |
| MACH | 100 | CR | Careers, Precision Measurement and Math for Industry | A | 4.000 | 16.00 | |
| MACH | 102 | CR | Intermediate Machine Technology | A | 4.000 | 16.00 | |
| SPAN | 101 | CR | Elementary Spanish I | A | 4.000 | 16.00 | |

**Term Totals (Credit)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 15.000 | 15.000 | 15.000 | 15.000 | 57.00 | 3.80 |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Cumulative: | 46.000 | 46.000 | 46.000 | 46.000 | 165.20 | 3.59 |

Unofficial Transcript

### Term: Summer 2024 Credit/Noncredit

**Academic Standing:** Good Academic Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| SOC | 112 | CR | Modern Social Problems | A | 3.000 | 12.00 | |

**Term Totals (Credit)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| Cumulative: | 49.000 | 49.000 | 49.000 | 49.000 | 177.20 | 3.62 |

Unofficial Transcript

## TRANSCRIPT TOTALS (CREDIT)   -Top-

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | 49.000 | 49.000 | 49.000 | 49.000 | 177.20 | 3.62 |
| Total Transfer: | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| Overall: | 49.000 | 49.000 | 49.000 | 49.000 | 177.20 | 3.62 |

Unofficial Transcript

## COURSES IN PROGRESS   -Top-

### Term: Fall 2024 Credit/Noncredit

| Subject | Course | Level | Title | Credit Hours |
|---|---|---|---|---|
| ENGL | 150 | CR | College Writing and Reading (1A) | 4.000 |
| ETST | 112 | CR | Introduction to African American Studies | 3.000 |
| GEOL | 109 | CR | General Oceanography | 3.000 |
| KIN | 113B | CR | Fitness Center | 1.000 |
| MATH | 115 | CR | Probability and Statistics | 4.000 |

Unofficial Transcript

**RELEASE: 8.7.1**

© 2024 Ellucian Company L.P. and its affiliates.