# EXHIBIT E



# CCAPP
## California Consortium of Addiction Programs and Professionals

THIS IS TO CERTIFY THAT

# Mark Dehart

HAS SUCCESSFULLY COMPLETED

## CONFIDENTIALITY, ETHICS & BOUNDARIES COURSE

3.5 hrs of Ethics
3 hrs of Confidentiality
3 hrs of Professional Boundaries

12/22/2022
Date Issued/Completed

158484
Certification Number

CCAPP is a CEU Provider for the following:
CCAPP #00-85-020-1121; BHAP # CA-20-499-0000; CAMFT #124303; NBCC #SP-689; BBS #PCE-680; NAADAC #189; CADTP #146; Tennessee Certification Board (TCB); ADACBGA #20-09-18-0000; Connecticut Certification Board (CCB); MHACBO Provider # OR-21-001

Kristina Padilla, MA, LAADC, ICAADC, CGS
Vice President of Education and Strategic Development





# Mark DeHart

| | |
|---|---|
| **First name:** | Mark |
| **Last name:** | DeHart |
| **Ethics Status:** | In Compliance |
| **Credential acronym:** | radt_i |
| **Credential ID:** | R1538781223 |
| **Expiration Status:** | Not Expired |
| **Valid To:** | 2024-12-04 |
| **Original issue date:** | 2023-12-04 |
| **Valid From:** | 2023-12-04 |
| **Issue date:** | 2023-12-04 |

**SHOW ALL RESULTS FOR MARK DEHART**