# EXHIBIT F

# Berkeley Underground Scholars

September 11, 2024

United States District Court | Northern District of California

Re: Letter of Support for Mark DeHart

Your Honor Edward J. Davila,

My name is Danny Murillo, and I am the Associate Director and Co-Founder of Berkeley Underground Scholars (BUS) at the University of California, Berkeley. BUS provides support services to incarcerated and formerly incarcerated students who are motivated to succeed in a field of study leading to Baccalaureate, Master's, and Doctoral Degrees. Underground Scholars utilize higher education to empower and transform the lives of currently and formerly incarcerated individuals.

I am writing this letter in support of Mr. Mark DeHart, who has a pending hearing in your courtroom. I met Mark this past spring semester when he applied to the Underground Scholars Ambassador program, a leadership and professional development initiative for formerly incarcerated students in California's Community Colleges. We support our Ambassadors to build a community with formerly incarcerated students on their college campuses. The Ambassador program provides monthly training, outreach materials, one-on-one consulting, and opportunities to connect with other Ambassadors throughout California.

Mr. DeHart is currently in his fourth semester at the College of Marin and is a member of the Rising Scholars Network, a California Community College program for formerly incarcerated students. He holds a 3.62 GPA, and this fall semester, he was awarded two scholarships for his academic excellence. He is an Honor Society member and an Honor Roll student, and he will graduate in the Fall of 2024 with an associate of arts degree. He is in excellent academic standing, demonstrating a consistent commitment to personal transformation and improvement, and he has expressed interest in continuing his education at the University of California, Berkeley. Additionally, Mr. DeHart has enthusiastically embraced his leadership role as an Ambassador at the College of Marin. He volunteers with incarcerated youth in Marin County and serves as a facilitator for Alcoholics Anonymous meetings through Hospitals & Institutions.

Mr. DeHart has a strong support network composed of individuals who are invested in his success. If allowed to remain free, I will assist Mr. DeHart in pursuing his aspiration of obtaining a bachelor's degree from the University of California, Berkeley. Mr. DeHart is a person of great potential and thrives in an environment that challenges and cultivates his best qualities. An academic setting is a nurturing, rehabilitative space that is ideal for him as he continues his reentry process. I am confident

# Berkeley Underground Scholars

that he will not only succeed but also prosper, and I will serve as an invaluable resource to him, ensuring that his ambitions become a reality.

Thank you for taking the time to read my letter of support on behalf of Mr. DeHart. I hope you consider giving him a second chance at life.

Sincerely,

*Danny Murillo*

Danny Murillo

Associate Director & Co-Founder

Berkeley Underground Scholars

---