UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** January 13, 2025 | **Time:** 2:35-3:05 PM<br>**Total Time:** 30 min | **Judge:** Edward J. Davila |
| **Case No.:** 5:22-cr-00146 EJD | **Case Name:** *United States v. Mark Dehart* (P) (NC) | |

**Attorney for Plaintiff:**   Neal Hong

**Attorney for Defendant:**   Jay Rorty

**Deputy Clerk:** Cheré Robinson          **Court Reporter:** Summer Fisher

                                        **Probation Officer:** Brian Casai

### PROCEEDINGS - SENTENCING

Defendant present and not in custody. Hearing held.

Defense updates the Court on Defendant's status regarding his classes and studies.

The Court GRANTS a variance.

The Court sentenced Defendant as follows:

> Defendant is sentenced to TIME SERVED as to Counts One and Two of the Superseding Information (ECF No. 66, filed December 1, 2022).
>
> Defendant shall serve a term of three years supervised release as to Counts One and Two of the Superseding Information, to be served concurrently. The Court adopts the Probation Officer's recommendations as to the standard and special conditions of supervised release. The Court imposes an additional special condition of supervised release: Defendant must complete the education program he is currently enrolled in at the College of Marin.
>
> A special assessment fee of $ 200.00 is imposed. The Court imposes no fine.

Upon request of the Government, the Court dismisses Count One of the Felony Information (ECF No. 42, filed April 6, 2022).

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: